UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 16, 2009**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

IN RE: PLASMA-DERIVATIVE PROTEIN
THERAPIES ANTITRUST LITIGATION
    Detroit Medical Center v. CSL Ltd., et al.,    )
        E.D. Pennsylvania, C.A. No. 2:09-4216    )    MDL No. 2109

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 2, 2009, the Panel transferred two civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Joan B. Gottschall.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gottschall.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 2, 2009, and, with the consent of that court, assigned to the Honorable Joan B. Gottschall.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

        FOR THE PANEL:

        Jeffery N. Lüthi
        Clerk of the Panel